**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CSL GARAGE, LTD., individually and on behalf of all others similarly situated,**

**Plaintiff,**

**v.**

**DISH WIRELESS L.L.C., *et al.*,**

**Defendants.**

**Case No. 2:26-cv-616**

**Judge Michael H. Watson**

**Magistrate Judge Jolson**

**ORDER**

CSL Garage, LTD ("Plaintiff"), individually and on behalf of all others similarly situated, moves to defer briefing on Defendant EchoStar Corporation's ("EchoStar") motion to dismiss pending resolution of stay proceedings in the Bankruptcy Court. For good cause shown, the motion is **GRANTED**. The Court **ORDERS** as follows:

1. Plaintiff's deadline to respond to EchoStar's Motion to Dismiss the First Amended Complaint, ECF No. 24, is held in abeyance, and no briefing schedule shall be set, pending resolution by the United States Bankruptcy Court for the Southern District of Texas of the stay-applicability and stay-extension issues raised in *DISH Wireless L.L.C. v. Those Parties Listed in Appendix A to Complaint*, Adv. Doc. No. 472 in No. 26-90627, as those issues concern the claims against EchoStar in this action.

2. **WITHIN FOURTEEN DAYS** of such resolution, or of any earlier withdrawal or dismissal of the adversary proceeding, the parties shall meet and confer and jointly submit a proposed briefing schedule for the Motion to Dismiss.

The Clerk shall terminate ECF No. 25 as a pending motion.

**IT IS SO ORDERED.**

Michael H. Watson

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**